AO 450  (Rev. 7/99) Judgment in a Civil Case                    CLOSED  _____

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

DONALD SMITH,

                Plaintiff,

v.

STATE FARM FIRE & CASUALTY
INSURANCE COMPANY,

                Defendant.
_____/

JUDGMENT IN A CIVIL CASE

Case Number: 09-12910

Honorable Avern Cohn

■      A **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the plaintiff as to liability only.

Pursuant to Rule (77d), FRCivP
Copies have been electronically sent to:

THE ATTORNEYS OF RECORD

Date:   October 11, 2011                                  David Weaver, Clerk of Court

                                                                       s/Julie Owens
                                                                       Deputy Clerk